IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID MURRAY, | : | |
| Petitioner | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOUIS S. FOLINO, et al., | : | No. 09-CV-1369 |
| Respondents | : | |

# **ORDER**

AND NOW, this 26th day of April, 2010, upon careful and independent review of the Petition for Writ of Habeas Corpus and of the Report and Recommendation of U.S. Magistrate Judge Timothy R. Rice, and having received no objections from Petitioner to the Report and Recommendation, it is hereby ORDERED that:

1. The Report and Recommendation (Doc. 23) is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DENIED;

3. There is no basis for the issuance of a certificate of appealability; and

4. The clerk shall mark this case as CLOSED.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-1369 Murray v. Folino\09-1369 Murrary v. Folino - Order.wpd